U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 8 2020

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Division: Atlanta
(USAO: 2019R00940)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

1:20CR 481

COUNTY NAME: Fulton
DISTRICT COURT NO.
UNDER SEAL
MAGISTRATE CASE NO.

X Indictment           Information              Magistrate's Complaint
DATE: December 8, 2020  DATE:                   DATE:

**UNITED STATES OF AMERICA**
vs.
**ARTHUR LEE COFIELD, A/K/A ARCHIE LEE**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?     Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: Scott McAfee
Defense Attorney: