# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00481-SCJ-RDC
## USA v. Cofield et al
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 04/28/2022.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 10:49 A.M.
TIME IN COURT: 00:09
OFFICE LOCATION: Atlanta
TAPE NUMBER: AT&T
DEPUTY CLERK: Phyllis Brannon

| | |
|---|---|
| DEFENDANT(S): | [1]Arthur Lee Cofield NOT Present at proceedings<br>[2]Eldridge Maurice Bennett NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Irina Dutcher representing USA<br>Drew Findling representing Arthur Lee Cofield<br>Steven Sadow representing Arthur Lee Cofield<br>Dwight Thomas representing Eldridge Maurice Bennett |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#2-[76]Motion to Sever Defendant TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Pretrial Conference as to Arthur Lee Cofield and Eldridge Maurice Bennett recommenced. An Evidentiary Hearing is set for July 7, 2022 at 10:00 a.m. in Courtroom 1879, as to Defendant Cofield's Motion to Suppress [Doc. 79]. An Evidentiary Hearing is set for July 8, 2022 at 10:00 a.m. in Courtroom 1879, as to Defendant Bennett's Motion to Suppress [Doc. 77]. The Motion to Sever Defendant [Doc. 76] is TAKEN UNDER ADVISEMENT. |