IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE 1:20-CR-481-SCJ-RDC |
| ARTHUR LEE COFIELD | : |
| Defendant. | : |

## MOTION TO CANCEL EVIDENTIARY HEARING

Defendant Cofield moves the Court to cancel the evidentiary hearing scheduled for July 8, 2022, and in support thereof states as follows:

1. The defendant filed a Motion to Suppress Fruits of a Warrantless Cell Phone Search and Supporting Authority [Doc. 79]. The government responded to the motion during a pretrial conference.

2. The government's response raises the issue of "standing." The evidentiary hearing was scheduled for the defendant to present evidence on this issue.

3. Upon further consideration, the defendant has decided not to present evidence on the issue of "standing." This obviates the need for the hearing.

WHEREFORE, the defendant moves that the evidentiary hearing be cancelled.

This 5th day of July, 2022.

                                                Respectfully submitted,

                                                */s/ Steven H. Sadow*
                                                STEVEN H. SADOW
                                                Georgia Bar No. 622075
                                                Attorney for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF e-filing system, which automatically sends e-mail notification to all parties of record.

                                                */s/ Steven H. Sadow*
                                                STEVEN H. SADOW