IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

UNITED STATES OF AMERICA,    :
                               :
      Plaintiff,          :
                               :
      v.               :     CASE NO. 1:20-CR-481
                               :
ARTHUR LEE COFIELD,       :
                               :
      Defendant.     :

## DEFENDANT'S EXHIBIT IN SUPPORT OF MOTION TO SUPPRESS FRUITS OF A WARRANTLESS CELL PHONE SEARCH

Defendant Cofield hereby submits the following attachment labeled as EXHIBIT 1 in support of his motion to suppress fruits of a warrantless cell phone search. He contends that EXHIBIT 1 is documentary evidence establishing a possessory interest in the seized cell phone described in the motion and thereby affords him standing to contest the warrantless search.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Attorney for Defendant Cofield

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF e-filing system, which automatically sends e-mail notification to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW

**EXHIBIT 1**

Printed By: SCARBOROUGH, JACQUELYNN
Jul 15, 2020 11:51 AM



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

### Incident Report



Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

| | |
|---|---|
| **Facility:** | SPECIAL MANAGEMENT UNIT |
| **Military Time:** | 06/10/2020 17:30 |
| **Number:** | 306649 |

| | | | |
|---|---|---|---|
| **Incident Location:** | DORMITORY | L - E | |
| **Did incident result in serious injury?** | NO | | |
| **Nature of Incident:** | WIRELESS DEVICES | **Wireless Devices Found:** | 2 |
| **Incident Video Taped By:** | INCIDENT NOT VIDEO TAPED | | |
| **Use Of Force:** | NO | **Type of Force Used:** | |
| **Offender Weapon:** | NO | **Weapon Description:** | |
| **Does this incident involve contraband?** | YES | Inside Grounds-2 cellular devices were found | |
| **Reporting Official:** | OFICER JARVIS MERRITT COII | | |
| **Entered Date:** | 07/15/2020 | | |

### Staff Involved

| Name | Scribe ID# | Race | Gender | Use of Force | Type of Force | Equipment | Directly Involved/ |
|---|---|---|---|---|---|---|---|
| MERRITT, JARVIS | 1065383 | BLACK | MALE | NO | | NO | Undefined |

### Offenders Involved

| Name | GDC ID# | Directly Involved/ Witness | Injured | Disciplinary Filed | Weapon Used | Sexual Allegation |
|---|---|---|---|---|---|---|
| COFIELD, ARTHUR | 1270146 | DIRECTLY INVOLVED | NO | YES | - | NO |

Printed By: SCARBOROUGH, JACQUELYNN
Jul 15, 2020 11:51 AM

Date Reviewed by Warden:      07/15/2020

Printed By: SCARBOROUGH, JACQUELYNN
Jul 15, 2020 11:51 AM



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

Supplemental Report



Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

| | |
|---|---|
| **Facility:** | SPECIAL MANAGEMENT UNIT |
| **Military Time:** | 06/10/2020 17:30 |
| **Number:** | 306649 |

| | | | |
|---|---|---|---|
| **Incident Video Taped By:** | INCIDENT NOT VIDEO TAPED | | |
| **Property Damaged:** | NO | **Damage Amount:** | 0 |
| **Damage Description:** | - | | |
| **Chemical Incident:** | NO | **Fire:** | NO |
| **Facility Mechanical Breakdown:** | NO | | |
| **Reporting Official:** | OFICER JARVIS MERRITT COII | | |
| **Entered Date:** | 07/15/2020 | | |

**Summary of Incident:**

**Entered Date:**   07/15/2020

On June 6, 2020 at approximately 1730hrs, a cell search was conducted on Inmate Cofiled, Arthur #1270146 assigned to cell LE-202. During the cell search the following contraband was found: 1 black Samsung smart cell phone was found on top of the desk in the cell and 1 blue Samsung smart cell phone was found underneath Inmate Cofield's right arm pit. Also a Samsung phone charger and a pair of Samsung earbuds were found in offender Cofields possession. Offender Cofield was placed on a disciplinary report and remains in LE-202 pending disciplinary hearing. A picture of the cell phones, charger, and earbuds are included in this report. The cell phones, charger and earbuds were placed in evidence bags and turned over to OPS.

**Entered Date:**   07/15/2020

On June 10, 2020 at approximately 1730hrs, a cell search was conducted on Inmate Cofiled, Arthur #1270146 assigned to cell LE-202. During the cell search the following contraband was found: 1 black Samsung smart cell phone was found on top of the desk in the cell and 1 blue Samsung smart cell phone was found underneath Inmate Cofield's right arm pit. Also a Samsung phone charger and a pair of Samsung earbuds were found in offender Cofields possession. Offender Cofield was placed on a disciplinary report and remains in LE-202 pending disciplinary hearing. A picture of the cell phones,

charger, and earbuds are included in this report. The cell phones, charger and earbuds
were placed in evidence bags and turned over to OPS.

**Warden's Comments**
  Proper procedures were followed

### Staff Involved

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No. | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| MERRITT, JARVIS | NO | NO | - | - | - | - | - | NO |

Comments:

### Offenders Involved

| Name | GDC ID# | Injured? | Disciplinary Filed? | Weapon Used | MH Level | STG | Sexual Allegation | Reviewed Video |
|------|---------|----------|---------------------|-------------|----------|-----|-------------------|----------------|
| COFIELD, ARTHUR | 1270146 | NO | YES | - | | GOOD FELLAS | NO | NO |

Comments:


Was this Incident forwarded for investigation?    NO


Date Reviewed by Warden:    07/15/2020

SOP 203.03
Attachment 2
03/02/2018

## Supplement Report

dent ID: _____     Facility: _____SMU_____     Incident Date: __6/10/2020__   Time: _1730hrs__     Location: ____LE-202____

ailed Description: _____

On 6/10/2020 at approximatley 1730hrs, a cell search was conducted on inmate Cofield, Arthur #1270146 assigned to cell LE- 202. During the cell search the following
contraband was found: 1 black Samsung Smart Cell Phone was found on top of  the desk in the cell and 1 Blue Samsung Smart Cell Phone was found underneath
inmate Cofields right arm pit. Also a Samsung phone charger and a pair of Samsung earbuds were found in offender Cofields possession. Offender Cofield
was placed on a disciplinary report and remains in LE-202 pending disciplinary hearing. A picture of the cell phones, charger and earbuds are included in this
report. The cell phones, charger and earbuds were placed in evidence bags and turned over to OPS.

porting Official Signature: _Jarvis Merritt COII_ Date: _6/10/2020_          Supervisor Signature: _____ Date: _6/10/2020_
Jarvis Merritt COII                                                          Sgt. Anthony Williams

Retention Schedule: (3) years and then destroy