IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. |
| ARTHUR LEE COFIELD, | 1:20-CR-00481-SCJ-RDC-1 |
| Defendant. | |

### ORDER

This matter appears before the Court on the September 30, 2022 Report and Recommendation (R&R) issued by the Honorable Regina D. Cannon, United States Magistrate Judge. Doc. No. [139]. In said R&R, Judge Cannon recommends that the Motion to Suppress Fruits of a Warrantless Cell Phone Search (Doc. No. [79]) be denied. To date, no objections have been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [139]) is received with approval and **ADOPTED** as the Order of this Court. Accordingly, the Motion to Suppress Fruits of a Warrantless Cell Phone Search (Doc. No. [79]) is **DENIED**.

**IT IS SO ORDERED** this 26th day of January, 2023.

_____
**HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE**